SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE
Acting Chief, Criminal Division

ANDREW HUANG (CSBN193720)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3703
   FAX: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No CR 07-70271 WDB |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEYS |
| v. | ) | |
| JAMES STUART WALKER, | ) | |
| Defendant. | ) | |

Please take notice that as of November 20, 2007, the Assistant U.S. Attorney whose name, address and telephone number are listed below will be counsel for the government.

          Assistant U.S. Attorney ANDREW HUANG
          1301 Clay Street, Suite 340S
          Oakland, CA 94612
          Telephone: (510) 637-3803

DATED: November 20, 2007      Respectfully submitted,

                                    United States Attorney

                                   _____/S/_____
                                   ANDREW HUANG
                                   Assistant United States Attorney

[CR 07-70271 WDB]